UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 97-1763

———————————

NICHOLAS E. PURPURA,

Plaintiff - Appellant,

versus

GAMMON & GRANGE PC; GEORGE R. GRANGE, II;
PETER F. RATHBUN; H. ROBERT SHOWERS; MICHAEL
J. WOODRUFF,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-96-759)

———————————

Submitted:  November 6, 1997        Decided:  November 19, 1997

———————————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nicholas E. Purpura, Appellant Pro Se.  Danell Palladine Dean,
ECCLESTON & WOLF, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's breach of contract, legal malpractice, and negligence claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Appellant's motion to stay the appeal. <u>Purpura v. Gammon & Grange PC</u>, No. CA-96-759 (E.D. Va. Apr. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>